# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
04 OCT 14 PM 2:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

NOTICE TO FILING PARTY

CV-04-AR-3013-S

Notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

Inmate Identification Number: 148057

JAMES ANDERSON WRIGHT
(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

DONAL CAMPBELL, COMMISSIONER
DEPARTMENT OF CORRECTIONS, AS
INDIVIDUAL AND OFFICIAL CAPACITY;
X, Y and Z
(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )        No ( X )

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s): _____

         Defendant(s): _____

         _____

2. Court (if Federal ~~urt~~, name the district; if State Court, ~~~e~~ the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement   KILBY CORRECTIONAL FACILITY - MT. MEIGS, AL  P.O. Box 150  36057

A. Is there a prisoner grievance procedure in this institution?
Yes ( X )    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )    No ( X )

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not?   CORRECTIONAL OFFICERS WOULD NOT ALLOW PLAINTIFF TO USE THE NECESSARY OR PROVIDE GRIEVANCE PAPERWORK

2

I. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) JAMES ANDERSON WRIGHT

Address P.O. Box 150

Mt. Meigs, AL. 36057

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant DONAL CAMPBELL

is employed as COMMISSIONER OF DEPARTMENT OF CORRECTIONS

at ALABAMA STATE DEPARTMENT OF CORRECTIONS,

C. Additional Defendants X, Y, and Z,

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

THE DEFENDANT DONAL CAMPBELL, COMMISSIONER, DEPARTMENT OF CORRECTIONS, STATE OF ALABAMA, IS DIRECTLY RESPONSIBLE FOR THE ALABAMA STATE PRISONS AND THE TREATMENT OF PRISONERS THEREIN, WHICH THE DEFENDANT DID NOT HAVE

3

QUALIFIED IMMUNITY, THE PLAINTIFF WAS AT KILBY CORRECTIONAL FACILITY, AN ALABAMA STATE PRISON, WHERE HE WAS DIAGNOSED WITH A HERNIA, THE NURSE AT THE FACILITY GAVE THE PLAINTIFF A HERNIA STRAP WHILE HE WAS ON WORK RELEASE AND THE PLAINTIFF'S MEDICAL ISSUE WAS NOT TAKEN CARE OF UNTIL THE PLAINTIFF WAS RELEASED AND THE PLAINTIFF TOOK CARE OF THE ISSUE, PLUS OTHER COMPLICATIONS THAT AROSE.

**RELIEF** I Lost my right Nut

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLAINTIFF WANTS RELIEF FOR THE AMOUNT OF $8,000.00 (EIGHT THOUSAND DOLLARS) FOR MEDICAL EXPENSES, AND (TEN MILLION DOLLARS) $10,000,000.00 FOR PUNITIVE DAMAGES, AND (TEN MILLION DOLLARS) $10,000,000.00 FOR COMPENSATORY DAMAGES.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on SEPTEMBER 23, 2004.

James A Wright    AIS 148057
Signature(s)

4