**FOR USE BY INCARCERATED PERSONS**

FILED
04 OCT 14 PM 2:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

CV-04-AR-3013-S

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: __JAMES ANDERSON WRIGHT__
   Present mailing address: __P.O. Box 150__
   __MT. MEIGS, AL. 36057__

2. Are you presently employed?                                Yes ____    No __X__

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____
   _____

   Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   __KING COTTON__
   __MONTGOMERY, AL.__

   Date last worked: __August 20, 2003__
   Monthly earnings: __$900.00__

3. Have you received within the past twelve months any money from any of the following sources?
   (a) Business, profession, or any form of self-employment?      Yes ____    No __X__
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ____    No __X__

1

(c) Pensions, annuities, or life insurance payments?     Yes ____   No _X_

(d) Gifts or inheritances?     Yes ____   No _X_

(e) Any other sources?     Yes ____   No _X_

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ __0.17¢__

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?     Yes ____   No _X_

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: __SEPTEMBER 23, 2004__          __James A Wright__
                                         SIGNATURE OF PLAINTIFF

2

## ★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.