IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 04-AR-3013-S |
| | ) |
| DONAL CAMPBELL, et. al., | ) |
| Defendants. | ) |

### PRISONER CONSENT FORM

I hereby authorize the agency having custody of me ("the agency") to collect from my prison and/or jail account and forward to the Clerk of the United States District Court for the Northern District of Alabama payments in accordance with 28 U.S.C. § 1915(b) until the full filing fee of $150.00 required to maintain this action is paid.

I authorize the agency to withdraw from my account and send to the District Court Clerk an initial partial payment of $1.00. **I understand that it is my responsibility to see that the partial filing fee is paid.** Following payment of this initial partial filing fee, I further authorize the agency to withdraw every month twenty (20) percent of the total deposits above the first $10.00 credited to my prison and/or jail account for the previous month and to remit that amount to the District Court Clerk until the filing fee indicated above has been paid.

I understand that even if I am allowed to proceed *in forma pauperis* (in other words, without having to prepay the full filing fee) and even if my action is later dismissed for any reason, I am obligated to pay to the District Court Clerk the full amount of the filing fee. Additionally, I understand that the Court may enter judgment against me for payment of costs at the conclusion of the action, including any unpaid portion of the required filing fees. If the Court does so, I also authorize the agency to make monthly payments from my account to the District Court Clerk in the manner described above until the full amount of the costs ordered is paid. **I understand that my obligation to pay the filing fee in full, shall remain in full force and effect, notwithstanding any dismissal or termination of the lawsuit, until the full filing fee of $150.00 has been paid.**

If I am transferred to another prison, jail, or custodial agency, I hereby consent that this authorization will continue to apply, and the new prison, jail, or custodial agency shall assume the duties of collecting and forwarding any remaining monthly payments to the District Court Clerk.

11-24-04
Date

James A Wright
Plaintiff's signature

148057
Prisoner identification number

3