# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES ANDERSON WRIGHT, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 04-AR-3013-S |
| DONAL CAMPBELL, et. al., | ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

On November 3, 2004, the court entered an Order instructing plaintiff to pay an initial partial filing fee in the amount of $1.00, and sign a Prisoner Consent Form for payment of the remainder of the fee. Plaintiff was informed that he would be allowed thirty days to comply with the court's order and also that it was his responsibility to direct prison officials to withdraw the partial filing fee from his account and forward it to the court.

On December 1, 2004, plaintiff filed a properly executed Prisoner Consent Form, but did not pay the initial partial filing fee or file objections to the court's order. Plaintiff is therefore ORDERED to show cause in writing and under oath within fifteen (15) days from the date this order is entered as to why the court should not dismiss his complaint for failure to pay the initial partial filing fee. In the event plaintiff has already submitted his request to jail personnel, plaintiff should submit a statement in writing, and under oath, stating to the court the name of the person to whom plaintiff made the request and the date on which plaintiff made the request.

Plaintiff is advised that failure to comply with this Order WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE.

The Clerk is DIRECTED to serve a copy of this Order upon plaintiff

DONE this the 8th day of December, 2004.

PAUL W. GREENE
CHIEF MAGISTRATE JUDGE