IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, AIS# 148057<br>  PLAINTIFF,<br>  V.<br>DONAL CAMPBELL, et. al.,<br>  DEFENDANTS, | CASE NO.# CV 04-AR-3013-S |

REPLY TO ORDER TO SHOW CAUSE

NOW COMES JAMES ANDERSON WRIGHT, Plaintiff, Pro Se, in the Above Styled Cause, And To Show Cause, And request this HONORABLE COURT To Allow Plaintiff to with A "Good faith" Effort to proceed Properly.

1) Plaintiff is indegent, And has had No way to pay the partial filing fee, Untill December the 13th 2004.

2) Inclosed is a print out of Statements of Deposits Made to My Inmate Account, for the past (3) Three Months.

WHEREFORE THESE PREMISE CONSIDERED;

Plaintiff prays this HONORABLE COURT is Just And Considers the plaintiff has No Control over funds to be Deposited in his Account, A prays the COURT Not to Dismiss the said Action.

RESPECTFUllY SUBMITTED THIS  15  DAY OF
DECEMBER, 2004

James A Wright
PLAINTIFF, Pro Se

SWORN AND SUBSCRIBED BEFORE ME THIS

___15___ DAY OF DECEMBER, 2004.

___2-12-07___                               ___[signature]___
MY COMMISION EXPRIES                          NOTARY PUBLIC

Request made on 12-15-04 to Bussiness office
At Limestone Correctional facility to Mrs Gilikin, For
Payment And Statement of Deposits.

Respectfully Submitted
___James A Wright___
Plaintiff, Pro Se,

FILED
2004 Dec-08 AM 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 04-AR-3013-S |
| DONAL CAMPBELL, et. al., | ) ) ) |
| Defendants. | ) |

### ORDER TO SHOW CAUSE

On November 3, 2004, the court entered an Order instructing plaintiff to pay an initial partial filing fee in the amount of $1.00, and sign a Prisoner Consent Form for payment of the remainder of the fee. Plaintiff was informed that he would be allowed thirty days to comply with the court's order and also that it was his responsibility to direct prison officials to withdraw the partial filing fee from his account and forward it to the court.

On December 1, 2004, plaintiff filed a properly executed Prisoner Consent Form, but did not pay the initial partial filing fee or file objections to the court's order. Plaintiff is therefore ORDERED to show cause in writing and under oath within fifteen (15) days from the date this order is entered as to why the court should not dismiss his complaint for failure to pay the initial partial filing fee. In the event plaintiff has already submitted his request to jail personnel, plaintiff should submit a statement in writing, and under oath, stating to the court the name of the person to whom plaintiff made the request and the date on which plaintiff made the request.

Plaintiff is advised that failure to comply with this Order WILL RESULT IN THE DISMISSAL OF THIS ACTION WITHOUT FURTHER NOTICE.

The Clerk is DIRECTED to serve a copy of this Order upon plaintiff

DONE this the 8th day of December, 2004.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE