FILED
2005 Jan-03 PM 03:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) CV 04-AR-3013-S |
| DONAL CAMPBELL, et. al., | ) |
| Defendants. | ) |

### ORDER TO WARDEN OF LIMESTONE CORRECTIONAL FACILITY

On December 8, 2004, the court entered an Order directing plaintiff to show cause in writing and under oath within fifteen (15) days from the date the order was entered as to why the court should not dismiss his complaint for failure to pay the $1.00 initial partial filing fee. Plaintiff was notified that in the event he already submitted his request to jail personnel, plaintiff should file a statement in writing, and under oath, stating to the court the name of the person to whom plaintiff made the request and the date on which plaintiff made the request.

On December 20, 2004, plaintiff filed a response (doc. 7) to the Order to Show Cause, in which he declares that he is indigent, and prior to December 13, 2004, had no means to pay the initial partial filing fee.[1] Plaintiff attests that on December 15, 2004, he requested Ms. Giliken, a staff member at the Limestone Correctional Facility business office, make the payment and produce a statement of deposits. However, the partial filing fee has not been paid. *Id.* at 2.

Accordingly, the Warden of Limestone Correctional Facility is ORDERED to, within fifteen (15) days of the entry date of this Order, pay the initial partial filing fee of $1.00 as requested by plaintiff, or show cause in writing and under oath as to why the $1.00 initial partial filing fee has not been paid.

The Clerk is DIRECTED to serve a copy of this Order upon plaintiff and the Warden of Limestone Correctional Facility.

---

[1] Plaintiff also declares that he is enclosing a copy of his prison account statements for the previous three (3) months, but no such statement can be found.

As to the foregoing it is SO ORDERED this the 3rd day of January, 2005.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE