IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 04-AR-3013-S |
| ) | |
| DONAL CAMPBELL, et. al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pursuant to 28 U.S.C. § 1915 (as amended by the Prison Litigation Reform Act), and consistent with the prisoner's signed Prisoner Consent Form (copy attached) authorizing payment of the required $150.00 filing fee from the prisoner's inmate account, this Court DIRECTS the warden or chief jailer of the prison or jail in which the prisoner is incarcerated to deduct from the prisoner's account and remit to the Court within fifteen (15) days of the date this Order is entered an initial partial filing fee in the amount of $1.00.

The warden or chief jailer is further DIRECTED, after payment of the initial filing fee, to withhold from any deposits made by or on behalf of the prisoner into any prisoner account at such facility a sum equivalent to 20% of the total deposits each month after the first $10.00. (The first $10.00 deposited into the prisoner's account each month shall go to the prisoner, after which 20% of the monthly deposits will be deducted and withheld pursuant to this order). By not later than the tenth day of each month, the warden or chief jailer shall pay over to the Clerk of the Court all sums withheld in the preceding month pursuant to this order. The warden or chief jailer shall continue to withhold and deduct 20% of the prisoner's monthly deposits after the first $10.00 until a total of

$150.00 (including the initial partial filing fee paid) has been withheld and paid to the Clerk of the Court to satisfy the docket fee required by the filing of this action.

All payments made by the warden or chief jailer shall clearly identify the full name of the plaintiff and the case number assigned to the action. Checks should be made payable to "Clerk, U. S. District Court," and should be sent to the Clerk of the Court, 1729 Fifth Avenue North, Birmingham, Alabama 35203.

In the event plaintiff is transferred to another prison or custodial agency, the warden, jailer, or financial officer at that institution will assume the duty of collecting and withholding funds until the full $150.00 filing fee has been paid. **This order and the obligation of the warden or chief jailer to withhold funds in the plaintiff's prison or jail trust account, as well as the plaintiff's obligation to pay the filing fee in full, shall remain in full force and effect, notwithstanding any dismissal or termination of the lawsuit, until the full filing fee of $150.00 has been paid.**

The Clerk is DIRECTED to serve a copy of this order and plaintiff's signed Prisoner Consent Form (doc. 5) on plaintiff, on the warden or chief jailer where the plaintiff is incarcerated, and on the Departmental Fiscal Manager for the Alabama Department of Corrections.

As to the foregoing it is SO ORDERED this the 3rd day of January, 2005.

*Paul W Greene*

PAUL W. GREENE
CHIEF MAGISTRATE JUDGE