IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION.

PRO SE.
JAMES ANDERSON WRIGHT,
PLAINTIFF,

V.

DONAL CAMPBELL, et. al.,
DEFENDANT,

CV 04-AR-3013-S.

MOTION FOR APPOINTMENT OF COUNSEL.

COMES NOW PLAINTIFF AND REQUESTS THIS COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THE ABOVE CASE AND POINTS OUT THE REASONS AS FOLLOWS;

1. PLAINTIFF IS INCARCERATED IN THE ALABAMA DEPT. OF CORRECTIONS.
2. PLAINTIFF IS INDIGENT AND UNEMPLOYED AND CANOTT AFFORD AN ATTORNEY.
3. PLAINTIFF HAS NO KNOWLEDGE OF THE LAW AND COURT PROCEDURES.

WHEREFORE, PLAINTIFF PRAYS THIS COURT WILL GRANT HIS REQUESTED MOTION AND APPOINT COUNSEL TO REPRESENT HIM.

RESPECTFULLY,
JAMES A. WRIGHT
#148057-16-61T.