MONDAY 01/10/05.

2005 Jan-12 PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

CV 04-AR-3013-S.

DEAR CLERK;

2005 JAN 12 PM 2:21

N.D. OF ALABAMA

THIS IS TO INFORM YOU OF MY CHANGE OF ADDRESS AS I HAVE BEEN TRANSFERRED FROM KILBY PRISON TO LIMESTONE PRISON.

JAMES ANDERSON WRIGHT.
#148057-16-61T.
LIMESTONE C.F.
28779 NICKDAVIS RD.
HARVEST, AL. 35749.

I ALSO RECIEVED A COPY OF THE COURTS ORDER DATED FILED JANUARY 3, 2005. INSTRUCTING THE WARDEN TO SEND MY INITIAL FILING FEE OF $1.00 WITHIN 15 DAYS.

I HAVE ALSO AS OF TODAY, 01/10/05, SENT MY SIGNED CONSENT FORM AND REQUEST TO CAPTAIN BROWN AS THE ACCOUNTANT, OFFICER GILIKEN, HAD INSTRUCTED ME TO, REQUESTING ONCE AGAIN THAT THE INITIAL FILING FEE BE SENT FROM MY ACCOUNT. THE ORDER WAS FORWARDED FROM KILBY PRISON TO ME HERE.

ALSO ENCLOSED IS A MOTION FOR THE APPOINTMENT OF COUNSEL. PLEASE FILE FOR ME. ∘

RESPECTFULLY,
JAMES A. WRIGHT
#148057.