IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) CV 04-WMA-RRA-3013-S |
| DONAL CAMPBELL, et. al., | ) |
| Defendants. | ) |

**ORDER**

Plaintiff, James Anderson Wright, has requested that the Court appoint an attorney to represent him in the action presently before this Court. "Appointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990). Further, the United States Supreme Court has held that an attorney may not be compelled to accept appointment in a case filed pursuant to 42 U.S.C. § 1983. *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296 (1989).

While plaintiff states in his Motion for Appointment of Counsel that he is indigent and unlearned in the law, he has clearly been able to file and maintain this action thus far. Plaintiff's Motion for Appointment of Counsel (Document #10) is DENIED at this time because the issues here do not appear complex and plaintiff has shown the ability to litigate this action *pro se*. *See Ulmer v. Chancellor*, 691 F.2d 209 (5th Cir. 1982).

The Clerk is DIRECTED to send a copy of this Order to plaintiff.

DONE this the 14th day of January, 2005.

_____
ROBERT R. ARMSTRONG, JR.
UNITED STATES MAGISTRATE JUDGE