IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CV-04-WMA-3013-PWG |
| | ) |
| DONAL CAMBELL, et. al., | ) |
| DEFENDANTS. | ) |

MOTION FOR ENLARGEMENT OF TIME

COMES now the Petitioner, James Anderson Wright ("Wright"), pro se in the above styled cause and moves this Honorable Court pursuant to Rule 6(b), *F.R.Civ.P.,* for enlargement of time in which to file and make objections to Magistrate Judge's Report and Recommendation. Wright presents and shows unto this Court as follows:

1). Wright is unlearned in the science of law and properly filed objections will require research of the law and issues presented within the Magistrate's Judge's Report.

2). Wright has limited time to access the institutional law library due to madatory institutional obligations.

3). The institutional law library has received damage due to the recent Hurricane Dennis and will be closed to the general

population for several days.

## RELIEF REQUESTED

The Plaintiff request that this Honorable Court grant him an additional 30 days to this Courts previous order of July 16, 2005. Setting the Plaintiffs date for his written objections to be filed on August 16, 2005.

## PRAYER

WHEREFORE premises and circumstances considered herein, the Plaintiff prays that this Honorable Court Court grant the relief requested.

RESPECTFULLY SUBMITTED THIS 8th DAY OF JULY, 2005.

*James A Wright*
James Anderson Wright
Limestone C.F. 15 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009