IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES ANDERSON WRIGHT, | ) |
| PLANTIFF, | ) |
| VS. | )   CV-04-WMA-3013-PWG |
| DONAL CAMPBELL, | ) |
| DEFENDANT. | ) |

## MOTION TO EXTEND THE TIME FOR FILING OF OBJECTIONS

**COMES** now the Plaintiff, James Anderson Wright ("Wright"), pro se, in the above styled cause and moves this Honorable Court to extend the time in which his objections are to be before the Court until the resolution of his request for documents from non-party. Wright presents and shows unto this Court as follows:

1). Wright has filed with this Court a "Request For Order For Non-Party To Produce Records" on July 25, 2005.

2). Wright asserts that said request is tantamount to properly present his objections before this Court.

3). Wright's objections are presently due to be filed with the clerk of court on or before August 15, 2005. To allow this time to continue to run before the resolution of Wright's request for documents would be prejudicial.

**PRAYER**

**WHEREFORE** the Plaintiff prays that this Court grant his request and suspend the time in which is objections are due until the resolution of the pending request before this Court.

RESPECTFULLY SUBMITTED THIS 25th DAY OF JULY, 2005.

*James A Wright*
James Anderson Wright
Limestone C.F.  15 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009