FILED
05 SEP -7 PH 2:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

JAMES ANDERSON WRIGHT,        )
    PLANTIFF,              )
VS.                           )        CV-04-WMA-3018-PWG
DONAL CAMPBELL,               )
    DEFENDANT.             )

## PLAINTIFF'S RESPONSE TO MAGISTRATE JUDGE'S SUPPLEMENTAL REPORT AND RECOMMENDATION

**COMES** now the Petitioner, James Anderson Wright ("Petitioner"), pro se, in the above styled cause and offers this, his RESPONSE to the Magistrate Judge's supplemental report and recommendation. The Petitioner presents and shows unto this court as follows:

1). Plaintiff responds that he is in agreement with the Court's findings that the matters complained of in this case occurred at Montgomery Work Center while Plaintiff was an inmate within the Alabama Department of Corrections. Therefore, the Middle District of Alabama is the proper venue.

2). Plaintiff also has no objection to the Court's denial of the discovery motion WITHOUT PREJUDICE with the understanding that

1

Plaintiff can reinitiate full discovery and disclosure once the case is transferred to the proper Court.

## PRAYER

WHEREFORE, Plaintiff prays the Court will accept the foregoing as in compliance with the Magistrate Judge's Supplemental Report and Recommendation.

RESPECTFULLY SUBMITTED THIS 6th DAY OF SEPTEMBER 2005.

*James A Wright*
James Anderson Wright
Limestone C.F.  15 Dorm
28779 Nick Davis Road
Harvest, Alabama 35749-7009

2