# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES ANDERSON WRIGHT, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2: 04-CV-3013-WMA-PWG |
| DONAL CAMPBELL, et. al., | ) | |
| Defendants. | ) | |

## **ORDER**

In accordance with the Memorandum of Opinion entered contemporaneously herewith, it is ORDERED, ADJUDGED and DECREED that plaintiff's motions for discovery and extension of time be DENIED (doc. 15 & 16), and the above styled action be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

The Clerk is DIRECTED to serve a copy of this Order upon plaintiff.

DONE this the 23rd day of September, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE