IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES ANDERSON WRIGHT, #148 057       *

    Plaintiff,                                              *

v.                                                               * CIVIL ACTION NO. 2:05-CV-955-F
                                                                          (WO)

DONAL CAMPBELL                                  *

    Defendant.                                           *

_____

**ORDER**

      Plaintiff is incarcerated at the Limestone Correctional Facility located in Harvest, Alabama. He files the instant 42 U.S.C. § 1983 action complaining that he was denied adequate medical care for a hernia while incarcerated at the Kilby Correctional Facility. Plaintiff files this action against Commissioner Donal Campbell requesting compensatory and punitive damages. Plaintiff's complaint has been accepted for filing. Before further proceedings in this matter are conducted, however, the court deems it appropriate to direct Plaintiff to amend his complaint concerning the factual allegations contained therein.

      Accordingly, it is ORDERED that within fifteen (15) days of the filing date of this order Plaintiff shall amend his complaint to provide the following information:

    1. When he was initially diagnosed with a hernia;

2. Whether he was an inmate at the time of diagnosis, and if so, in which institution he was incarcerated;

3. When he received treatment for his hernia following his release from state custody;

4. The names of the individual(s) employed at the Kilby Correctional Facility and/or Montgomery Work Release Center whom he contends failed to provide him with constitutionally adequate medical treatment for his hernia; and

5. A specific description of how the conduct and/or actions of the individual(s) he listed in ¶ 4 violated his constitutional rights with respect to his claim of inadequate medical care.

In responding to this order, Plaintiff is advised that he should set forth **short and plain statements** showing why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. Plaintiff is further advised that this case will proceed only on those claims presented in the amended complaint.

Plaintiff is cautioned that his failure to file an amended complaint in compliance with the directives contained in this order will result in a Recommendation that his complaint be dismissed without further notice from the court.

DONE, this 24th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE