IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES ANDERSON WRIGHT,            )
    Plaintiff,                    )
                                  )
V.                                )   CIVIL ACTION NO: 2:05-CV-955-F
                                  )              (WO)
DONAL CAMPBELL, ET AL.,           )
    Defendant.                    )

**MOTION TO EXTEND THE TIME FOR FILING OF AMENDED COMPLAINT**

**COMES** now the Petitioner, James Anderson Wright (Plaintiff), pro se, in the above styled cause and moves this Honorable Court to grant an extension of time pursuant to Rule 6(b), F.R.Civ.P. for extraordinary circumstances shown. In support thereof, Plaintiff shows unto the Court as follows:

    1. On October 24th, 2005 this Court ordered Plaintiff to amend his complaint within fifteen (15) days.

    2. The Limestone Law Library was closed from 10/27 thru 10/30 for a religious event being conducted in the gymnasium where the law library is located.

    3. Additionally, Plaintiff has been scheduled for surgery to have his damaged testicle removed.

4. Based on the extraordinary circumstances, Plaintiff moves the Court to grant at least sixty (60) days from the date of the filing of this motion to amend his complaint. It is likely Plaintiff will be hospitalized for a considerable time following surgery. He will not receive mail nor be able to send mail; nor be able to access the law library or obtain assistance from inmate law clerks.

WHEREFORE, premises considered, Plaintiff prays that the Court will grant this extension of time for good cause shown.

Respectfully submitted this 31st day of October, 2005.

*James A Wright*
James Anderson Wright #148057
Limestone C.F. Dorm 8
28779 Nick Davis Road
Harvest, Alabama 35749-7009