IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES ANDERSON WRIGHT, #148 057     *

    Plaintiff,     *

    v.     * CIVIL ACTION NO. 2:05-CV-955-F

DONAL CAMPBELL     *

    Defendant.     *

_____

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's motion (Doc. No. 25) is GRANTED; and

2. Plaintiff is GRANTED an extension from November 7, 2005 to January 6, 2006 to file his amended complaint in accordance with the court's October 24, 2005 order.

DONE, this 30th day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE