IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES ANDERSON WRIGHT,            )
                                  )
      PLAINTIFF,                  )
                                  )
                                  )
Vs.                               )   CIVIL ACTION NO. 2:05-CV-955-F
                                  )              (WO)
                                  )
DONAL CAMPBELL, ET AT.,           )

**MOTION TO COMPEL A RULING ON REQUEST FOR ORDER FOR
NON-PARTY PRODUCTION OF MEDICAL RECORDS**

**COMES** now the Plaintiff, James Anderson Wright ("Wright"), pro se, and moves this Honorable Court to issue a ruling on the pending "REQUEST FOR ORDER FOR NON-PARTY TO PRODUCE MEDICAL RECORDS" filed 6/25/05. In support Plaintiff says as follows:

1. Plaintiff needs the requested medical information to properly delineate his claims and name the proper parties and relevant dates, including the identity of the health care provider utilized by the Alabama Department of Corrections during the times giving rise to the complaint.

2. Plaintiff has requested this information from the Alabama Department of Corrections but was informed that he could not have the records absent a court order. Thus, until a favorable ruling on the motion Plaintiff cannot meet the pleading requirements and identify the parties and dates relevant to the complaint.

**WHEREFORE,** Plaintiff moves the Court to rule on the said pending request and order the Alabama Department of Corrections to provide the information sought within the motion.

Respectfully submitted this 3RD day of January, 2006.

_____
James Anderson Wright, Plaintiff