IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES ANDERSON WRIGHT, #148 057      *

    Plaintiff,                                  *

    v.                                       * CIVIL ACTION NO. 2:05-CV-955-F

DONAL CAMPBELL                   *

    Defendant.                               *

_____

**ORDER ON MOTION**

Upon consideration of the Motion to Compel filed by Plaintiff on January 12, 2006, in which the plaintiff seeks production of his medical records, and for good cause, it is

ORDERED that:

1. This motion (Doc. No. 28) be and is hereby GRANTED to the extent that Plaintiff seeks *access* to his prison medical records;

2. Within fifteen (15) days of the filing date of this order, medical personnel at the Limestone Correctional Facility shall allow Plaintiff to inspect and/or copy his prison medical file. **Plaintiff is hereby informed that neither prison officials nor medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. Thus, if Plaintiff seeks to obtain photocopies of his records, he must make prepayment to the appropriate official of all costs related to producing the copies. Plaintiff is advised that he may utilize any means available

to him to produce the requisite copies including but not limited to handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court; and

    3. Within forty-five (45) days of the filing date of this order Plaintiff shall comply with ¶¶ 4 & 5 of the court's order filed on October 24, 2005 (*see* Doc. No. 24).

    Absent exceptional circumstances, Plaintiff is cautioned that his failure to comply with the directive contained in ¶ 3 of this order will result in a Recommendation that this case be dismissed without further notice from the court.

    The Clerk is DIRECTED to furnish a copy of this order to the Medical Director and/or Director of Nursing at the Limestone Correctional Facility, counsel for Naph Care, Inc., and the General Counsel for the Alabama Department of Corrections.

    DONE, this 18th day of January, 2006.

                                            /s/ Susan Russ Walker  
                                            SUSAN RUSS WALKER  
                                            UNITED STATES MAGISTRATE JUDGE