IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES ANDERSON WRIGHT,

    PLAINTIFF,

Vs.

    )CIVIL ACTION NO. 2:05-CV-955-F

DONAL CAMPELL, ET AT.,

    RESPONDENTS.

**NOTICE OF PARTY'S NONCOMPLIANCE TO COURT'S ORDER**

**COMES** now the Plaintiff, James Anderson Wright, pro se, in the above styled cause and notifies this Honorable Court of the Alabama Department of Corrections and Prison Health Services ("PHS") refusal to comply with this Court's Order of January 18, 2006. The Plaintiff presents and shows unto this Court as follows:

**1).** On January 12, 2006, the Plaintiff filed a Motion to Compel in which he sought production of his medical records to effectively establish evidentiary support for his claims and to establish the parties to the action.

**2).** This Court granted the same on January 18, 2006.

**3).** The Plaintiff was summoned to the Health Care Unit ("HCU") at LCF on January 23, 2006, at that time he was informed that he could not review his medical file at that time, but would be called back at a later date.

4). On January 24, 2006, ADOC officials at the HCU summoned the Plaintiff. At that time the Plaintiff's file was produced but the only documents within the file were documents originated during his present incarceration. PHS personnel's explanation for of the absent documents was that all-medical records are destroyed after 4 years of an inmate's release.[1] The Plaintiff informed that he was only absent from the ADOC for 9½ months. In addition, he informed PHS personnel that it has not been 4 years since the injury. The Plaintiff was asked to leave.

## RELIEF REQUESTED

The Plaintiff motions this Court to broaden the scope of its Order to include the Central Records Division, Medical Division and/or any other department(s) of the ADOC that is responsible for maintaining and retaining medical records of inmates. Also, that this order include Prison Health Services, Inc. (the current health care provider) and Naph Care, Inc.

The Plaintiff requests the following"

a). All inmate sick-call request forms submitted in 2003 while incarcerated at Montgomery Work-Release Center.

b). All assessments, evaluations, diagnosis and reports concerning the sick-call request forms submitted in 2003 while incarcerated at Montgomery Work-Release Center.

---

[1] When the Plaintiff first asked PHS personnel for information concerning dates, times and names of the complained injury the nurse looked in the file, but said without a court order she could not reveal any specific information. This indicates the information was present at that time.

c). Any inmate profiles issued concerning the sick-call request forms submitted in 2003 while incarcerated at Montgomery Work-Release Center.

d). Name of the health care provider during 2003.

e). Names of all nurses, practitioners and doctors involved in the sick-call request forms submitted in 2003 while incarcerated at Montgomery Work-Release Center.

f). The inmate physical performed during his intake in 2002.

In addition, the Plaintiff asks this Court to include in its Amended Order that if the above parties are unable to provide the requested that each party submit affidavits as to why said documents cannot be produced and attached thereto their Administrative Regulation(s) concerning the retention and destruction of medical records.

### PRAYER

**WHEREFORE**, circumstances and premises considered herein, the Plaintiff prays this Court Amend and its previous Order of January 18, 2006, to include the terms herein.

Respectfully submitted this **24**th day of **January, 2006**

*James A Wright*
James Anderson Wright  #148057