IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES ANDERSON WRIGHT, #148 057 | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-955-MEF |
| DONAL CAMPBELL | * | |
| Defendant. | * | |

_____

**ORDER**

On January 27, 2006 Plaintiff filed a pleading styled as a *Notice of Party's Non-Compliance to Court's Order.* (Doc. No. 30.)  Upon consideration of the pleading, and for good cause, it is

ORDERED that on or before March 17, 2006 Defendant file a response to the Notice.

The Clerk of Court is DIRECTED to send a copy of this order to General Counsel for the Alabama Department of Corrections and to the Attorney General for the State of Alabama.

DONE, this 2nd day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE