IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, <br> AIS #148057, <br><br> Plaintiff <br><br> v. <br><br> DONAL CAMPBELL <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    2:05-CV-955-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## ANSWER OF DEFENDANT

COMES NOW Defendant Donal Campbell by and through the undersigned counsel, and for his Answer to the above-styled action, states as follows:

Defendant denies each and every material allegation made in the Complaint, and demands strict proof thereof.

Defendant denies that he violated any of the Plaintiff's constitutional rights.

Defendant denies that he violated the Plaintiff's due process rights.

Defendant denies that he caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

The Plaintiff's claims are barred by the statute of limitations.

The Plaintiff makes no specific allegations against former Commissioner Campbell.

The Defendant is immune from suit under the Eleventh Amendment to the United States Constitution.

The Defendant is immune from suit due to qualified immunity.

Respectfully submitted,

TROY KING (KIN047)
Attorney General

s/ Benjamin H. Albritton
Benjamin H. Albritton (ALB008)
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 14th day of March, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James Anderson Wright, AIS#148057
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009

s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General