IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, ) | |
|    AIS #148057, ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | 2:05-CV-955-MEF |
| ) | |
| DONAL CAMPBELL ) | |
| ) | |
|    Defendant. ) | |
| ) | |

**RESPONSE TO PLAINTIFF'S NOTICE OF PARTY'S NON-COMPLIANCE**

COMES NOW Defendant, Donal Campbell, by and through the undersigned counsel, pursuant to this Court's February 2, 2006, Order and files this Response to Plaintiff's Notice of Party's Non-Compliance.  In response to Plaintiff's notice, former Commissioner Campbell states as follows:

1. Plaintiff complains that "parties" to this action, particularly the Alabama Department of Corrections and Prison Health Services have not complied with this Court's January 18, 2006, order compelling Limestone Correctional Facility to allow Plaintiff to inspect or copy his prison medical file.  None of the entities listed above are parties to this action.  Donal Campbell is the only named defendant.  The plaintiff's earlier motion to compel and the court's previous order were not directed to former Commissioner Campbell, but to non-parties alone.

2. The Defendant understands through a review of Plaintiff's notice, as well as recent conversations with prison personnel, that Limestone Correctional Facility allowed plaintiff to view the entirety of his medical file located at Limestone as ordered by the court.

Plaintiff complains that the file did not include all of the records from his separate incarcerations over a four year period. It is the Defendant's understanding that Plaintiff is correct. For the time periods prior to his incarceration at Limestone, Plaintiff's institutional file would be located at Central Records and his medical file would be at Kilby Correctional Facility.

3. The defendant has not been in non-compliance with any order as there was, to his knowledge, no order that he was required to comply with.

      Respectfully submitted,

      TROY KING (KIN047)
      Attorney General


      s/ Benjamin H. Albritton
      Benjamin H. Albritton (ALB008)
      Assistant Attorney General


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 17th day of March, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James Anderson Wright, AIS#148057
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009

                                                    s/ Benjamin H. Albritton
                                                    Benjamin H. Albritton
                                                    Assistant Attorney General