IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO: |
| Vs. ) | 2:05-CV-955-MEF |
| ) | |
| DONAL CAMPBELL, et. al., ) | |
| Respondents. ) | |

## MOTION FOR ENLARGEMENT OF TIME

**COMES** now Your Plaintiff, James Anderson Wright, and moves this Honorable Court pursuant to *Federal Rules of Civil Procedure*, Rule 6(b), and respectfully request for an enlargement of time, ninety days (90), to respond to the Respondent's Answer. In support thereof, Your Petitioner presents and shows as follows:

1. That he is proceeding *pro se* with inmate assistance, which are unlearned and without formal education in the law and *Federal Rules of Civil Procedure*. These endeavors will require careful review of the pleading submitted, this Honorable Court's Order, in conjunction with the applicable case law and the *Federal Rules of Civil Procedure*.

2. That the Limestone Correctional Facility Law Library is not supported by trained and/or certified persons in the law, thereby, the burden of insuring the pleading are proper and in compliance with the *Federal Rules of Civil Procedure* will lay solely upon

persons whom are untrained and unlearned, requiring a lengthy and cautious study of the law and procedures involved.

3. That the Limestone Correctional Facility Law Library is inadequate in its materials, publications and personnel. The United States Code Service, Supreme Court Reporter's, Federal Supplement 2nd Series, Federal Reporter 3rd, and Shepard's Citation Manuals are not kept current; limiting research capabilities of Your Petitioner.

4. That the Limestone Correctional Facility Law Library is limited in size. Its capacity is limited and only allows accommodations for a maximum of ten persons at any given time; with an institutional inmate population of 2000 plus this limited capacity causes inmates to be refused access during peek hours.

5. That the Limestone Correctional Facility Law Library hours are limited; it accommodates the general population, Special Unit (HIV), and protective custody; all groups require individual access at separate times. The Law Library also shares the institutional gymnasium with the Chapel, this combination causes routine closures, which denies inmates access to the law library.

6. That Your Petitioner has institutional job and program obligations that hinder and encumber the time in which he is able to gain actual access to the law library.

7. That the Respondents to this action will not be prejudiced by the granting of an additional ninety days (90).

CC: Benjamin H. Albritton

## PRAYER

Wherefore, circumstance and premises considered herein, Your Petitioner prays that this Honorable Court grant him an additional ninety days (90) to respond to the Respondents allegations and defenses raised.

Respectfully submitted this 6th day of May, 2006.

_James A Wright_
James Anderson Wright, Petitioner

## CERTIFICATE OF SERVICE

I, James Anderson Wright, do hereby swear that I have served a true and correct copy of the foregoing pleading, MOTION FOR ENLARGEMENT OF TIME, upon the parties listed below by placing the same in the hands of prison officials to be mail via the United States mail, postage prepaid and properly addressed on this 6th day of May, 2006.

_James A Wright_
James Anderson Wright #148057
Limestone C.F.
28779 Nick Davis Road
Harvest, Alabama 35749-7009

CC: Benjamin H. Albritton
   State of Alabama
   Office of the Attorney General
   11 South Union Street
   Montgomery, Alabama 36130