IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES ANDERSON WRIGHT, #148 057  *

    Plaintiff,  *

    v.  *   2:05-CV-955-MEF

DONAL CAMPBELL  *

    Defendant.  *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Extension of Time to file his opposition to Defendant's written report. (Doc. No. 38.) Plaintiff seeks an additional ninety (90) days to file his opposition because he has a limited amount of time to prepare his response due to his work and institutional program obligations and because both the law library and legal assistance are inadequate. (*Id*.) Plaintiff's motion will be granted in part and denied in part.

Plaintiff is advised that his opposition should simply, clearly and concisely respond to the allegations and arguments presented in Defendant's written report. Plaintiff is not required to cite to legal authority in his opposition. Therefore, while the court shall grant Plaintiff's request for additional time to file his opposition, the response period will only be extended by an additional thirty (30) days.

Accordingly it is ORDERED that:

1. Plaintiff's Motion for Extension of Time of Ninety Days (Doc. No. 38) is DENIED;

2. Plaintiff is GRANTED an additional thirty (30) days to file his opposition; and

3. Plaintiff is GRANTED an extension from May 17, 2006 to June 16, 2006 to file his response. Absent extraordinary circumstances, **NO** further requests for additional time to file an opposition shall be entertained by the court.

DONE, this 22nd day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE