IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, )<br>#148057, )<br> )<br>    Plaintiff, )<br>v. )<br> )<br>DONAL CAMPBELL, )<br> )<br>    Defendant. ) | CASE NO. 2:05cv955-MEF<br>(WO) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 28, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice.

Done this the 18th day of July, 2006.

                                        /s/ Mark E. Fuller
                               CHIEF UNITED STATES DISTRICT JUDGE